UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDERY HERRERA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

MILLICAN PECAN COMPANY, INC.,

Defendant.

No.: 1:24-cv-8523

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MILLICAN PECAN COMPANY, INC., without prejudice and without fees and costs.

Dated: New York, New York
January 27, 2025

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

______________________________
United States District Court Judge